**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6456**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

HORACE ANTONIO TAYLOR, a/k/a Bloody Horace,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:13-cr-01036-JFA-1)

———————

Submitted: September 29, 2016      Decided: October 4, 2016

———————

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Horace Antonio Taylor, Appellant Pro Se. Julius Ness Richardson, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Horace Antonio Taylor appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Taylor's motion for the appointment of counsel, and we affirm for the reasons stated by the district court. United States v. Taylor, No. 3:13-cr-01036-JFA-1 (D.S.C. Mar. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED